JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
SHIHO YAMAMOTO (SBN 264741)
sy@pritzkerlevine.com
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

DANIEL C. GIRARD (SBN 114826)
dcg@girardgibbs.com
AMANDA M. STEINER (SBN 190047)
as@girardgibbs.com
ELIZABETH A. KRAMER (SBN 293029)
eak@girardgibbs.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

STEVEN N. WILLIAMS (SBN 175489)
swilliams@cpmlegal.com
MATTHEW K. EDLING (SBN 250940)
medling@cpmlegal.com
ALEXANDRA P. SUMMER (SBN 266485)
asummer@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Plaintiffs' Interim Co-Lead Counsel*

[Additional Counsel Appear on Signature Pages]

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION<br><br>This Document Relates to All Cases | Case No. 5:15-md-02624-RMW<br><br>STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER NO. 2 |

1   This consolidated MDL litigation includes 28 actions originally filed in nine judicial districts. There are over 100 plaintiffs from 33 states, who have asserted, collectively, a wide variety of federal and state statutory claims, and numerous common law claims arising under a number of different state laws.  The four defendants, Superfish, Inc.; Lenovo (United States), Inc. ("Lenovo"); Lenovo Holding Company, Inc.; and Lenovo Group Limited, are located in California, North Carolina, Hong Kong, and Beijing.

Since the litigation was consolidated and transferred to this Court for pretrial proceedings, the parties, through their respective counsel, have been discussing ways to streamline the litigation to allow it to proceed efficiently and expeditiously without unreasonable impairment to the rights of any plaintiff, absent class member, or defendant.  Through this stipulation, the parties propose two tolling measures designed to streamline this litigation.

First, Lenovo represents that its affiliates Lenovo Holding Company, Inc. and Lenovo Group Limited are holding companies with no substantive involvement in any of the acts alleged in any of the 28 complaints filed in this litigation.  Lenovo also represents that it has sufficient assets to satisfy any judgment or fund any settlement based on the allegations in any of the 28 complaints filed in this litigation.  In light of those representations, the undersigned parties have agreed to narrow the scope of the claims to be asserted in plaintiffs' Consolidated Amended Complaint (the "Consolidated Complaint") such that neither Lenovo Holding Company, Inc., nor Lenovo Group Limited will need to be named as defendants, subject to the agreement detailed below.

Second, the parties recognize that the named plaintiffs and members of the proposed classes may have potential claims that could be brought against Lenovo and Superfish that arise under the laws of many different states and territories.  The parties anticipate that the simultaneous litigation of many different state law claims would add considerable time and expense to the litigation—including at the motion to dismiss, class certification, summary judgment, and trial stages—without necessarily helping to materially advance the overall litigation toward a full and final resolution.

The parties have thus conferred and agree that the litigation shall proceed initially on the basis of federal, New York, and California law only, with potential claims arising under other states or territories' laws to be tolled as further detailed below.  The parties agreed to this approach because there

is a New York choice-of-law provision that may apply to approximately half of the class, plaintiffs may argue for the nation-wide application of California law, and the New York and California claims are fairly representative of corresponding causes of action under other states' laws. Similar approaches are underway in two other pending multidistrict litigations, reflecting the increasing recognition that this type of approach may materially reduce the demands on judicial resources, particularly during the early stages of multidistrict litigation. *See generally In re: Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation,* MDL No. 1:15-md-02627-AJT (E.D. Va.); *In re Anthem Data Breach Litigation*, Case No. 5:15-md-02617 (N.D. Cal.).

Subject to Court approval, the parties hereby stipulate and agree as follows:

1. Subject to paragraph four below, plaintiffs will not name Lenovo Holding Company, Inc. or Lenovo Group Limited as a defendant in the Consolidated Complaint or in any future amended complaint.

2. All claims that have been asserted or could have been asserted against Lenovo Holding Company, Inc., or Lenovo Group Limited based on the facts alleged in any past or present complaint in this litigation are tolled during the pendency of this litigation.

3. Any otherwise discoverable information that is in the possession, custody, or control of Lenovo Holding Company, Inc. or Lenovo Group Limited shall be deemed to be in the possession, custody, or control of Lenovo and shall be produced if responsive to a discovery request served by plaintiffs on Lenovo, subject to any objections Lenovo may have to that discovery on other, unrelated grounds. For the purposes of both discovery and trial, any employee of Lenovo Holding Company, Inc. or Lenovo Group Limited shall be deemed to be an employee of Lenovo.

4. If, during the course of the litigation, plaintiffs uncover facts or evidence that supports naming either Lenovo Holding Company, Inc. or Lenovo Group Limited as a defendant, plaintiffs shall have the right to file a further amended complaint for that purpose. Neither of those entities, nor the undersigned defendants, shall oppose the filing of a further amended complaint if done for that limited purpose.

5. Until otherwise ordered by the Court, the Consolidated Complaint and all future pleadings shall assert on behalf of plaintiffs and the proposed class(es) only claims that arise under

federal, New York, or California law.  To the extent any named plaintiff or other member of a proposed class may have a claim that relates to the subject matter of this litigation (as set forth in the present and future operative complaints filed by plaintiffs), which claim arises under the law of a state or territory other than California or New York, those claims will be tolled during the pendency of this litigation until an order of this Court directs otherwise.

      SO STIPULATED.

Dated:  November 9, 2015

**PRITZKER LEVINE LLP**

*/s/ Jonathan K. Levine*

Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)
180 Grand Avenue, Suite 1390
Oakland, California 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

**GIRARD GIBBS LLP**

*/s/ Daniel C. Girard*

Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
Elizabeth A. Kramer (SBN 293029)
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846
dcg@girardgibbs.com
as@girardgibbs.com
eak@girardgibbs.com

**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Matthew K. Edling*

Steven N. Williams (SBN 175489)
Matthew K. Edling (SBN 250940)
Alexa P. Summer (SBN 266485)
San Francisco Airport Office Center

840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
pgregory@cpmlegal.com
swilliams@cpmlegal.com
medling@cpmlegal.com

Plaintiffs' Interim Co-lead Counsel

**K&L GATES LLP**

*/s/ Daniel J. Stephenson*

Daniel J. Stephenson (SBN 270722)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone:  (310) 552-5000
Facsimile:  (310) 552-5001
Dan.stephenson@klgates.com

Counsel for Defendant Lenovo

**FENWICK & WEST**

*/s/ Rodger R. Cole*

Rodger R. Cole (SBN 178865)
Tyler G. Newby (SBN 205790)
801 California Street
Mountain View, CA 94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

Counsel for Defendant Superfish, Inc.

~~PROPOSED~~ ORDER

Pursuant to Stipulation, it is SO ORDERED.

DATED: 11/10/2015     *Ronald M. Whyte*
_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE